BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-mj-0102 GGH |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS THE CRIMINAL COMPLAINT AGAINST DEFENDANT ANTHONY YOUNG AND ORDER |
| v. | |
| ANTHONY YOUNG, | |
| Defendant. | |

The United States of America, through its attorney of record, Assistant U.S. Attorney Jason Hitt, hereby moves for an order dismissing the Criminal Complaint against defendant Anthony YOUNG (only) in Case No. 2:12-mj-0102 GGH pursuant to Federal Rule of Criminal Procedure 48(a).  The Criminal Complaint against Anthony YOUNG and his co-defendants was filed on April 16, 2012.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1     The government brings this motion in the interests of justice
2 because additional investigation of defendant YOUNG is needed as a
3 result of evidence developed after the filing of this Criminal
4 Complaint.  Specifically, the United States is submitting phones
5 seized in this case for forensic examination and will evaluate
6 whether to pursue criminal charges against defendant YOUNG after that
7 examination and additional investigation is complete.  Accordingly,
8 the undersigned respectfully moves to dismiss the Criminal Complaint
9 as to defendant Anthony YOUNG in Case No. 2:12-mj-0102 GGH in the
10 interests of justice pursuant to Rule 48(a).  The United States
11 further requests that the Court issue an order for YOUNG's immediate
12 release from custody.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: May 3, 2012         By:/s/Jason Hitt
                                        JASON HITT
                                          Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss the Criminal Complaint filed by the United States, **IT IS HEREBY ORDERED** that:

1. The Criminal Complaint against Anthony YOUNG in Case No. 2:12-mj-0102 GGH is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

2. Anthony YOUNG is ordered released forthwith from the custody of the United States Marshals Service.

DATED: May 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE